No. 1603. STRONG ET AL. v. GENERAL ELECTRIC CO. C. A. 5th Cir. Certiorari denied.

No. 1611. SMOTHERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1618. PASTORELLE v. COLLINS ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 1638. JACKSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1652. FIDELITY &´CASUALTY COMPANY OF NEW YORK ET AL. v. NATIONAL BANK OF COMMERCE IN NEW ORLEANS. C. A. 5th Cir. Certiorari denied.

No. 1661. BEVERAGE DISTRIBUTORS, INC. v. OLYMPIA BREWING CO. C. A. 9th Cir. Certiorari denied.

No. 5791. BROWN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 6562. HALL v. UNITED STATES; and
No. 6710. JAMES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 432 F. 2d 303.

No. 6566. THOMAS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 6610. GERBERDING v. SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 6622. KELLEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.